UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GARZA PALMAS aka MANUEL GARZA and RAMON MACIAS ESTRADA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITRUS MOTORS ONTARIO, INC., a California Corporation dba CITRUS FORD KIA; FORD MOTOR COMPANY, a Delaware Corporation, and DOES, 1 through 10, inclusive,<br><br>Defendants. | Case No.: **2:20-cv-03816-AB-PD**<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION REGARDING PLAINTIFFS' ATTORNEY'S FEES, COSTS AND EXPENSES** |

The Court **APPROVES** the parties' stipulation for entry of an Order resolvoing Plaintiffs' claim for attorney's fees, costs and expenses, and **ORDERS**:

(1) Defendant shall pay Plaintiffs $2,108.80 in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

(2) Defendant shall pay the sum of $2,108.80 to Plaintiffs within 60 days unless matters outside of the control of Defendant cause delay.

**IT IS SO ORDERED.**

Dated: September 25, 2024

_____
Hon. André Birotte Jr.
U.S. District Court Judge

-1-